## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE of MATTHEW CLINTON MR. LOFLIN, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | C/A No.: 4:16-CV-00060-WTM-GRS |
| v. | ) ) | JURY TRIAL DEMANDED |
| CORIZON HEALTH, INC., a Delaware Corporation; CORIZON, LLC., a Missouri Limited Liability Company; CHATHAM COUNTY, a Georgia County; ROY HARRIS, in his capacity as Acting CHATHAM COUNTY SHERIFF; Estate of AL ST. LAWRENCE; JOHN WILCHER, individually and in his capacity as CCDC Jail Administrator; SCOTT H. KENNEDY, M.D.; ADAMAR GONZALEZ, M.D.; VIRGINIA O'NEILL, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL AS TO DEFENDANT GONZALEZ WITHOUT PREJUDICE

COMES NOW the Plaintiff by and through undersigned counsel and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this Notice of Dismissal Without Prejudice as to Defendant Adamar Gonzalez, M.D.[1]

{Signatures appear on following page.}

---

[1] Dismissal by notice under Rule 41(a)(1)(i) can be effective against less than all defendants. *Terry v. Pearlman*, 42 F.R.D. 335, 337 (D. Mass. 1967); *acc'd, Miniter v. Sun Myung Moon*, 736 F. Supp. 2d 41, 45 (D.D.C. 2010) (collecting cases).

RESPECTFULLY SUBMITTED, this 21st day of March, 2016

/s/ William R. Claiborne
WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
CAMERON C. KUHLMAN
Georgia Bar Number: 596159
*Attorneys for Plaintiff*

THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com

/s/ S. Wesley Woolf
S. WESLEY WOOLF
Georgia Bar No. 776175
*Attorney for Plaintiff*

S. WESLEY WOOLF, P.C.
408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
woolf@woolflawfirm.net

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE of MATTHEW CLINTON MR. LOFLIN, deceased, | ) ) ) ) ) | |
| | ) | C/A No.: 4:16-CV-00060-WTM-GRS |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| CORIZON HEALTH, INC., et al., | ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| Jennifer Burns, Esq. | Thomas S. Carlock, Esq. |
|---|---|
| Assistant Chatham County Attorney | CARLOCK, COPELAND & STAIR, LLP |
| 124 Bull Street, Suite 240 | 191 Peachtree Street, NE, Suite 3600 |
| Savannah, GA 31401 | Atlanta, GA 30303-1740 |
| jburns@chathamcounty.org | tcarlock@carlockcopeland.com |
| *Attorney for Defendants Chatham County, Roy Harris, Estate of Al St. Lawrence, and John Wilcher* | *Attorney for Defendants Corizon Health, Inc., Corizon LLC, Scott H. Kennedy, M.D. and Virginia O'Neill* |

This 21st day of March, 2016.

/s *Cameron C. Kuhlman*

CAMERON C. KUHLMAN

*Attorney for Plaintiffs*