# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE OF MATTHEW CLINTON LOFLIN, deceased | ) ) ) ) |
| | ) Civil Action |
| | ) File No. 4:16-cv-00060 |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CORIZON HEALTH, INC., a Delaware Corporation; CORIZON, LLC, a Missouri Limited Liability Company; CHATHAM COUNTY, a Georgia County;  ROY HARRIS, in his capacity as Acting CHATHAM COUNTY SHERIFF; Estate of AL ST LAWRENCE;  JOHN WILCHER, individually and in his capacity as CCDC Jail Administrator;  SCOTT H. KENNEDY, M.D.;  ADAMAR GONZALEZ, M.D.; VIRGINIA O'NEILL | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## DISCLOSURE STATEMENT S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Corizon Health, Inc., Corizon, LLC,

Scott H. Kennedy, M.D. and Virginia O'Neill certifies that the following is a full

and complete list of the parties in this action:

| Name | Identification & Relationship |
| --- | --- |
| Belinda Lee Maley | Plaintiff |
| Estate of Matthew Loflin | Plaintiff |
| Corizon Health, Inc. | Defendant |
| Corizon, LLC | Defendant |
| Chatham County, Georgia | Defendant |
| Roy Harris | Defendant |
| Estate of Al St. Lawrence | Defendant |
| John Wilcher | Defendant |
| Scott Kennedy, MD | Defendant |
| Virginia O'Neill | Defendant |
| Adamar Gonzales, MD | Defendant (dismissed) |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
| --- | --- |
| Karey L. Witty | - Corizon Health, Inc. – Chief Executive Officer, Director<br>- Corizon, LLC – Chief Executive Officer |

| | |
|---|---|
| Scott A. Bowers | - Corizon Health, Inc. – President and Chief Operations Officer, Director<br>- Corizon, LLC – President and Chief Operations Officer |
| Douglas Thompson | - Corizon Health, Inc. – Executive Vice President, Chief Financial Officer, Treasurer<br>- Corizon LLC – Executive Vice President, Chief Financial Officer, Treasurer |
| J. Scott King | - Corizon Health, Inc. – Executive Vice President and Chief Legal Officer<br>- Corizon, LLC – Executive Vice President and Chief Legal Officer |
| Johnathan Walker | - Corizon Health, Inc. – Executive Vice President and Chief Business Development Officer<br>- Corizon, LLC– Executive Vice President and Chief Business Development Officer |
| F. Jeffrey Sholey | - Corizon Health, Inc. –Vice President & Corporate Controller<br>- Corizon, LLC –Vice President & Corporate Controller |
| Todd G. Sparlin | - Corizon Health, Inc. –Vice President of Healthcare Analytics & Assistant Treasurer<br>- Corizon, LLC –Vice President of Healthcare Analytics & Assistant Treasurer |
| Corizon Health, LLC | - Corizon, LLC – Sole Member and Chief Manager |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification, Relationship & Interests |
|------|------------------------------------------|
| Valitas Health Services, Inc. | Delaware Corporation, Parent company of Corizon Health, Inc. |
| Valitas, Inc. | Delaware Corporation, Parent company of Valitas Health Services, Inc. |
| Valitas Equity, LLC | Delaware Limited Liability Corporation, Parent organization of Valitas, Inc. |

CARLOCK, COPELAND & STAIR, LLP

By:   *s/Thomas S. Carlock*
      THOMAS S. CARLOCK
      State Bar No.: 110200
      EMILY C. WARD
      State Bar No. 500999

      Attorneys for Corizon Health, Inc.,
      Corizon, LLC, Scott H. Kennedy,
      M.D. and Virginia O'Neill

191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303

4

404-522-8220

..........

P.O. Box 56887
Atlanta, Georgia 30343-0887
tcarlock@carlockcopeland.com
eward@carlockcopeland.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by the CM/ECF system:

William R. Claiborne
Cameron C. Kuhlman
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, GA 31401
**Attorney for Plaintiffs**

S. Wesley Woolf
S. Wesley Woolf, P.C.
408 East Bay Street
Savannah, GA 31401
**Attorney for Plaintiffs**

Jennifer R. Burns
P.O. Box 8161
Savannah, GA 31401
**Attorney for Defendant
Chatham County**

This ___7___ day of April, 2016.

By:    *s/Thomas S. Carlock*
          THOMAS S. CARLOCK
          State Bar No.: 110200
          EMILY C. WARD
          State Bar No.: 500999

          Attorneys for Defendants

Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220
       ..........
P.O. Box 56887
Atlanta, GA 30343-0887

6