UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE of MATTHEW CLINTON LOFLIN, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CASE NO. 4:16-CV-060-WTM-GRS |
| v. | ) ) | |
| CORIZON HEALTH, INC., a Delaware Corporation; CORIZON, LLC, a Missouri Limited Liability Company; CHATHAM COUNTY, a Georgia County; ROY HARRIS, in his capacity as Acting CHATHAM COUNTY SHERIFF; Estate of AL ST LAWRENCE; JOHN WILCHER, Individually and in his capacity as CCDC Jail Administrator; SCOTT H. KENNEDY, M.D.; ADMAR GONZALEZ, M.D.; VIRGINIA O'NEILL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING CONSENT MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25(D)

This matter is before the Court on the Parties' Consent Motion for Substitution pursuant to Fed. R. Civ. P. 25(d). After careful consideration and for good cause shown, the Motion is **GRANTED**.

Pursuant to Fed. R. Civ. P. 25(d), the Clerk of Court is hereby **DIRECTED** to substitute Sheriff John Wilcher in place of Roy Harris, and amend the caption to reflect that Roy Harris is no longer a defendant and that Sheriff Wilcher is sued in both his official capacity and individual capacity.

SO ORDERED, this 6TH day of June, 2016.

                                        */s/ G. R. Smith*
                                        G. R. SMITH
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA