UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE of MATTHEW CLINTON LOFLIN, deceased,<br><br>PLAINTIFF,<br><br>v.<br><br>CORIZON HEALTH, INC., a Delaware Corporation, et al.,<br><br>DEFENDANTS. | C/A No.: 4:16-CV-00060-WTM-GRS |

## MODIFED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' Joint Motion to Extend Discovery, the Court imposes the following modified deadlines in the above styled case:

| | |
|---|---:|
| DATE ISSUE JOINED | 03/16/2016 |
| DATE OF RULE 26(1) CONFERENCE | 04/06/2016 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES | 05/15/2016 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF | 11/10/2016 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT | 12/11/2016 |
| JOINT STATUS REPORT DUE | 11/17/2016 |
| CLOSE OF FACTUAL DISCOVERY | 12/11/2016 |
| CLOSE OF EXPERT DISCOVERY | 2/9/2017 |

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS but EXCLUDING MOTIONS IN LIMINE [30 DAYS AFTER CLOSE OF DISCOVERY] | 3/11/2017 |

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order. *No further extensions. The foregoing sentence shall be quoted, in bold, in the first paragraph of any motion seeking such an extension.*

SO ORDERED this 26TH day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA