IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BELINDA LEE MALEY, )
individually, and on behalf )
of the Estate of Matthew )
Clinton Loflin, deceased; )
 )
    Plaintiff, ) CASE NO. CV416-060
 )
v. )
 )
CORIZON HEALTH, INC., a )
Delaware Corporation; )
CORIZON, LLC, a Missouri )
Limited Liability Company; )
CHATHAM COUNTY, a Georgia )
County; ESTATE OF AL ST )
LAWRENCE; JOHN WILCHER, )
individually and in his )
official as CCDC Jail )
Administrator; SCOTT H. )
KENNEDY, M.D.; ADAMAR )
GONZALEZ, M.D.; and VIRGINIA )
O'NEILL; )
 )
    Defendants. )
 )

**O R D E R**

Before the Court is Plaintiff's Notice of Dismissal as to Defendant Gonzales Without Prejudice. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[1] Because Defendant Adamar

---

[1] Fed. R. Civ. Pro 41(a)(1)(A)(i) allows a plaintiff to dismiss an action "against one defendant without dismissing

Gonzalez, M.D. has filed neither an answer nor a motion for summary judgment in this case, Plaintiffs' request is **GRANTED** and Defendant Gonzalez is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this  31ST  day of August 2016.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

the entire action." Fratelli Cosulich Unipessoal, S.A. v. Specialty Fuels Bunkering, LLC, 2014 WL 2611547, at *3 (S.D. Ala. June 11, 2014) (citing Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004)).

2