BELINDA LEE MALEY,                )
individually, and on behalf       )
of the Estate of Matthew          )
Clinton Loflin, deceased;         )
                                  )
          Plaintiff,              )        CASE NO. CV416-060
                                  )
v.                                )
                                  )
CORIZON HEALTH, INC., a           )
Delaware Corporation;             )
CORIZON, LLC, a Missouri          )
Limited Liability Company;        )
CHATHAM COUNTY, a Georgia         )
County; ESTATE OF AL ST.          )
LAWRENCE; JOHN WILCHER,           )
individually and in his           )
official as CCDC Jail             )
Administrator; SCOTT H.           )
KENNEDY, M.D.; ADAMAR             )
GONZALEZ, M.D.; and VIRGINIA      )
O'NEILL;                          )
                                  )
          Defendants.             )
                                  )

## O R D E R

Before the Court is the parties' Joint Stipulation of

Dismissal of the Estate of Former Sheriff Al St. Lawrence

With Prejudice. (Doc. 58.) Pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed

pursuant to "a stipulation of dismissal signed by all

parties who have appeared."[1] As requested by the parties,

---

[1] Fed. R. Civ. Pro 41(a)(1)(A)(i) allows a plaintiff to
dismiss an action "against one defendant without dismissing

the Estate of Former Sheriff Al St. Lawrence is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this _19th_ day of April 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

the entire action." Fratelli Cosulich Unipessoal, S.A. v. Specialty Fuels Bunkering, LLC, 2014 WL 2611547, at *3 (S.D. Ala. June 11, 2014) (citing Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004)).