## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

BELINDA LEE MALEY,
individually and on behalf of
the Estate of Matthew Clinton
Loflin, deceased;

       Plaintiff,

v.

CORIZON HEALTH, INC., a
Delaware Corporation;
CORIZON, LLC, a Missouri
Limited Liability Company;
CHATHAM COUNTY, a Georgia
County; SCOTT H. KENNEDY,
M.D.; and VIRGINIA O'NEILL;

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV416-060

## O R D E R

Before the Court is the parties' Joint Stipulation. (Doc. 65.) In that motion, the parties purport to "stipulate" to the addition of Gene Loflin as a Plaintiff. In support of this "stipulation," the parties' cite Federal Rules of Civil Procedure 21 and 41(a). However, neither of these rules allow the parties to stipulate to the addition of a plaintiff. Instead, Rule 41(a) addresses voluntary dismissal of a party, while Rule 21 allows a court to add or drop a party on motion or on its own. The correct method to add a plaintiff to a case is to file a motion—rather than a stipulation—to amend the complaint. If Plaintiff

wishes to add Gene Loflin, she is **DIRECTED** to file such a motion within fifteen days from the date of this order.[1] Defendants are welcome to indicate whether or not they consent to this amendment.

SO ORDERED this *19th* day of May 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court will evaluate the dismissal of Defendant Corizon, LLC upon receipt of that motion.