IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BELINDA LEE MALEY,  )
individually and on behalf of  )
the Estate of Matthew Clinton  )
Loflin, deceased;  )
)
Plaintiff,  )
)
v.  ) CASE NO. CV416-060
)
CORIZON HEALTH, INC., a  )
Delaware Corporation;  )
CORIZON, LLC, a Missouri  )
Limited Liability Company;  )
CHATHAM COUNTY, a Georgia  )
County; JOHN WILCHER,  )
individually and in his  )
official capacity as CCDC  )
Jail Administrator; SCOTT H.  )
KENNEDY, M.D.; and VIRGINIA  )
O'NEILL;  )
)
Defendants.  )
)



## O R D E R

On April 27, 2017, Defendants Chatham County and Sheriff John Wilcher filed a motion seeking an order withdrawing Lauren E.H. Meadows as counsel of record in this case. (Doc. 62.) On May 1, 2017, the Court entered an order granting this motion. (Doc. 64.) Due to a clerical error in the office of the Clerk of Court, Defendant John Wilcher was listed as terminated instead of his attorney. Accordingly, the Clerk of Court is **DIRECTED** to promptly correct this error, list Defendant John Wilcher as an

active party in this case, terminate his attorney Lauren E.H. Meadows, and otherwise ensure that the caption reflects the order of May 1, 2017.

SO ORDERED this 31ST day of May 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA