**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE OF MATTHEW CLINTON LOFLIN, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>CORIZON HEALTH, INC., a Delaware Corporation; CORIZON, LLC, a Missouri Limited Liability Company; CHATHAM COUNTY, a Georgia County; et al,<br><br>Defendants. | ) | Civil Action<br>File No. 4:16-cv-00060 |

**CONSENT MOTION TO DISMISS DEFENDANTS VIRGINIA O'NEILL, CHATHAM COUNTY, AND JOHN T. WILCHER IN HIS OFFICIAL CAPACITY WITH PREJUDICE**

COME NOW, PLAINTIFF AND DEFENDANTS, by and through their undersigned counsel, and file this Consent Motion to Dismiss Defendants Virginia O'Neill, Chatham County, and John T. Wilcher in his Official Capacity pursuant to Rule 41(a)(1)(A)(ii) and (a)(2) of the Federal Rules of Civil Procedure. All parties hereby consent to Defendants Virginia O'Neill, Chatham County, and John T. Wilcher in his Official Capacity being dismissed from the above styled action, with prejudice.

A proposed Order is attached hereto as Exhibit "A."

Respectfully submitted this 2nd day of June, 2017.

JONES OSTEEN & JONES

*/s/ Carl R. Varnedoe*_________________
CARL R. VARNEDOE
State Bar No. 725375
Attorney for Plaintiffs

608 E. Oglethorpe Highway
Hinesville, GA 31313
(912) 876-0888
cvarnadoe@jojlaw.com

OLIVER MANER, LLP

*/s/ Benjamin M. Perkins*_______________
BENJAMIN M. PERKINS
State Bar No. 140997
Attorneys for Chatham County and John T. Wilcher

P. O. Box 10186
Savannah, GA 31412
(912) 236-3311
bperkins@olivermaner.com

CARLOCK, COPELAND & STAIR, LLP

By: *s/Emily C. Ward*
THOMAS S. CARLOCK
State Bar No. 110100
ERIC J. FRISCH
State Bar No. 261683
EMILY C. WARD
State Bar No. 500999

Attorneys for Corizon Health, Inc.,
Scott H. Kennedy, MD
And Virginia O'Neill

191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220
..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
tcarlock@carlockcopeland.com
eward@carlockcopeland.com
efrisch@carlockcopeland.com

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE OF MATTHEW CLINTON LOFLIN, deceased | ) | Civil Action File No. 4:16-cv-00060 |
| Plaintiffs, | ) | |
| vs. | ) | |
| CORIZON HEALTH, INC., a Delaware Corporation; CORIZON, LLC, a Missouri Limited Liability Company; CHATHAM COUNTY, a Georgia County; et al, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER DISMISSING DEFENDANTS VIRGINIA O'NEILL, CHATHAM COUNTY, AND JOHN T. WILCHER IN HIS OFFICIAL CAPACITY WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) and (a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Defendants in the above-styled action have filed a Consent Motion to Dismiss Defendants Virginia O'Neill, Chatham County, and John T. Wilcher in his Official Capacity With Prejudice. Plaintiff and Defendants consent motion is hereby GRANTED. Virginia O'Neill, Chatham County, and John T.

Wilcher in his Official Capacity are hereby dismissed from the above-styled action with prejudice.[1]

SO ORDERED this _____ day of ____________, 2017.

______________________________
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order Prepared By:
*s/Emily C. Ward*_______________
EMILY C. WARD
State Bar No. 500999
Counsel for Corizon Health, Inc.
CARLOCK COPELAND & STAIR
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220
eward@carlockcopeland.com

[1] The Court acknowledges that Plaintiff's claims against Wilcher in his personal capacity remain pending, as does his motion for summary judgment as to Plaintiff's claims against him in that capacity (doc. 52).

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter via ECF to the following:

Carl R. Varnedoe
Jones, Osteen & Jones
608 E. Oglethorpe Highway
Hinesville, GA 31313

Jennifer R. Burns
Chatham County Attorney's Office
P.O. Box 8161
Savannah, GA 31401

Benjamin M. Perkins
Oliver Maner LLP
P.O. Box 10186
Savannah, GA 31412

This 2nd day of June, 2017.

By: *s/Emily C. Ward*
THOMAS S. CARLOCK
State Bar No. 110200
ERIC J. FRISCH
State Bar No. 261683
EMILY C. WARD
State Bar No. 500999
Attorneys for Defendants Corizon Health, Inc., Corizon, LLC, Scott H. Kennedy, M.D. and Virginia O'Neill

Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220

..........
P.O. Box 56887
Atlanta, Georgia 30343-0887