# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE OF MATTHEW CLINTON LOFLIN, deceased | ) ) ) ) ) | Civil Action File No. 4:16-cv-00060 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Jury Trial Demanded |
| CORIZON HEALTH, INC., a Delaware Corporation and SCOTT KENNEDY, M.D., | ) ) ) ) | |
| Defendants. | ) | |

## <u>NOTICE OF ENTRY OF APPEARANCE:</u>

COMES NOW, **JOHN E. HALL, JR., ESQ.** of the law firm of Hall Booth Smith, P.C., 191 Peachtree Street, N.E., Suite 2900, Atlanta, Georgia 30303-1775, pursuant to Local Rule 83.6 for the United States District Court for the Southern District of Georgia, advises this Court and opposing counsel of his appearance as additional counsel on behalf of Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D. John E. Hall, Jr. is a member of good standing with the State Bar of Georgia and is admitted to practice in the United States District Court for the Southern District of Georgia. Eric Frisch, Esq. shall remain as counsel for Defendants.

C:\Users\cfd\Desktop\JEH entry of appearance.docx

Respectfully submitted, this <u>24th</u> day of January, 2019.

By:       */s/John E. Hall, Jr.*
          John E. Hall, Jr.
          Georgia Bar No. 319090
          *Attorney for Defendants*
          *Corizon Health, Inc., a*
          *Delaware Corporation and*
          *Scott Kennedy, M.D.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

C:\Users\cfd\Desktop\JEH entry of appearance.docx

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE OF MATTHEW CLINTON LOFLIN, deceased | ) ) ) ) ) | Civil Action File No. 4:16-cv-00060 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Jury Trial Demanded |
| CORIZON HEALTH, INC., a Delaware Corporation and SCOTT KENNEDY, M.D., | ) ) ) ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by CM/ECF system.

| | |
|---|---|
| Carl R. Varnedoe<br>Jones, Osteen & Jones<br>608 E. Oglethorpe Highway<br>Hinesville, GA 31313<br>*Attorney for Plaintiffs* | Eric J. Frisch<br>Carlock, Copeland & Stair, LLP<br>191 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30303<br>*Attorney for Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D.* |

3

This 23<u>rd</u> day of January, 2019.

*/s/John E. Hall, Jr.*
John E. Hall, Jr.
Georgia Bar No. 319090
*Attorney for Defendants*
*Corizon   Health,   Inc.,   a*
*Delaware   Corporation   and*
*Scott Kennedy, M.D.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303