IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BELINDA LEE MALEY, individually )
and on behalf of the Estate of )
Matthew Clinton Loflin, )
deceased; and GENE LOFLIN, )
individually; )
)
    Plaintiffs, )
)
v. ) CASE NO. CV416-060
)
CORIZON HEALTH, INC., a )
Delaware Corporation; CORIZON, )
LLC, a Missouri Limited )
Liability Company; CHATHAM )
COUNTY, a Georgia County; ROY )
HARRIS; ESTATE OF AL ST. )
LAWRENCE; JOHN WILCHER, )
individually and in his )
official capacity as Jail )
Administrator; SCOTT KENNEDY, )
M.D.; ADAMAR GONZALEZ, M.D.; )
and VIRGINIA O'NEILL; )
)
    Defendants. )
)



## O R D E R

Before the Court is the parties' Joint Motion Requesting Pre-trial Conference. (Doc. 114.) After careful consideration, the parties' motion is **GRANTED**.[1] As a result, a pretrial conference is hereby scheduled for **March 5, 2019** at **3 p.m.**

SO ORDERED this 29th day of January 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's related Motion for Jury Trial (Doc. 106) is now **DISMISSED AS MOOT**.