# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE OF MATTHEW CLINTON LOFLIN, deceased Plaintiffs, vs. CORIZON HEALTH, INC., a Delaware Corporation and SCOTT KENNEDY, M.D., Defendants. | Civil Action<br>File No. 4:16-cv-00060<br><br>Jury Trial Demanded |

## NOTICE OF ENTRY OF APPEARANCE:

COMES NOW, **SHEILA K. KAZEMIAN, ESQ.** of the law firm of Hall Booth Smith, P.C., 191 Peachtree Street, N.E., Suite 2900, Atlanta, Georgia 30303-1775, pursuant to Local Rule 83.6 for the United States District Court for the Southern District of Georgia, advises this Court and opposing counsel of her appearance as additional counsel on behalf of Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D. Sheila K. Kazemian is a member of good standing with the State Bar of Georgia and is admitted to practice in the United States District Court for the Southern District of Georgia. Eric Frisch, Esq. shall remain as counsel for Defendants.

66605903-1

Respectfully submitted, this 29th day of January, 2019.

By: */s/Sheila K. Kazemian*
Sheila K. Kazemian
Georgia Bar No. 239266
*Attorney for Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BELINDA LEE MALEY, individually, ) <br> and on behalf of the ESTATE OF ) <br> MATTHEW CLINTON LOFLIN, ) <br> deceased ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CORIZON HEALTH, INC., a Delaware ) <br> Corporation and SCOTT KENNEDY, ) <br> M.D., ) <br> ) <br> Defendants. ) | Civil Action <br> File No. 4:16-cv-00060 <br><br><br> Jury Trial Demanded |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by CM/ECF system.

| | |
|---|---|
| Carl R. Varnedoe <br> Jones, Osteen & Jones <br> 608 E. Oglethorpe Highway <br> Hinesville, GA 31313 <br> *Attorney for Plaintiffs* | Eric J. Frisch <br> Carlock, Copeland & Stair, LLP <br> 191 Peachtree Street NE <br> Suite 3600 <br> Atlanta, Georgia 30303 <br> *Attorney for Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D.* |

3

This 29th day of January, 2019.

                                                      */s/Sheila K. Kazemian*
                                                      Sheila K. Kazemian
                                                      Georgia Bar No. 239266
                                                      *Attorney for Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

4

66605903-1