## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| BELINDA LEE MALEY, individually, ) <br> and on behalf of the ESTATE OF ) <br> MATTHEW CLINTON LOFLIN, ) <br> deceased ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CORIZON HEALTH, INC., a Delaware ) <br> Corporation and SCOTT KENNEDY, ) <br> M.D., ) <br> ) <br> Defendants. ) | Civil Action <br> File No. 4:16-cv-00060 <br><br> Jury Trial Demanded |

### DEFENDANTS' NOTICE OF FILING

COMES NOW, Defendants Corizon Health, Inc. and Scott Kennedy, M.D. and gives Notice that on today's date they have filed the following: Proof of Service of Subpoena on Erica Cassetta, attached hereto.

This 18th day of June, 2019.

By:  /s/John E. Hall, Jr.
John E. Hall, Jr.
Georgia Bar No. 319090
*Attorney for Defendants*
*Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

67319453-1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| BELINDA LEE MALEY, individually, and on behalf of the ESTATE OF MATTHEW CLINTON LOFLIN, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>CORIZON HEALTH, INC., a Delaware Corporation and SCOTT KENNEDY, M.D.,<br><br>Defendants. | Civil Action<br>File No. 4:16-cv-00060<br><br>Jury Trial Demanded |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by CM/ECF system.

| Carl R. Varnedoe | Eric J. Frisch |
|---|---|
| Jones, Osteen & Jones | Carlock, Copeland & Stair, LLP |
| 608 E. Oglethorpe Highway | 191 Peachtree Street NE |
| Hinesville, GA 31313 | Suite 3600 |
| *Attorney for Plaintiffs* | Atlanta, Georgia 30303 |
| | *Attorney for Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D.* |

This 18th day of June, 2019.

/s/John E. Hall, Jr.
John E. Hall, Jr.
Georgia Bar No. 319090
*Attorney for Defendants Corizon Health, Inc., a Delaware Corporation and Scott Kennedy, M.D.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 4:16-CV-00060-WTM-JEG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Erica Cassetta

on *(date)* 6/12/19 .

☑ I served the subpoena by delivering a copy to the named person as follows: Erica Cassetta
112145 Abercorn Street, Savannah GA, 31419 OR at 201 Quacco Road, Lot 65 Savannah, GA 31419

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 66.00 .

My fees are $ 26.00 for travel and $ 40.00 for services, for a total of $ 66.00 .

I declare under penalty of perjury that this information is true.

Date: 6/13/19

*Stephanie Hennigan*
Server's signature

Stephanie Hennigan, Attorney
Printed name and title

3528 Darien Hwy. Brunswick GA 31525
Server's address

Additional information regarding attempted service, etc.: