IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BELINDA LEE MALEY,             )
individually and on behalf of  )
the Estate of Matthew Clinton  )
Loflin, deceased; and GENE     )
LOFLIN, individually;          )
                               )
    Plaintiffs,                )
                               )
v.                             )   CASE NO. CV416-060
                               )
CORIZON HEALTH, INC., a        )
Delaware Corporation, and      )
SCOTT KENNEDY, M.D.,           )
                               )
    Defendants.                )
                               )

O R D E R

Before the Court is the parties' Amended Stipulation of Dismissal. (Doc. 163.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA